**Continuing Abatement Order filed January 24, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00462-CV**

_____

## IN THE INTEREST OF D.M.D., T.S.D., D.M.D. A/K/A D.D., Children

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2004-10615J**

---

### CONTINUING ABATEMENT ORDER

On November 17, 2011, we abated this appeal on appellee's motion for supplementation of the reporter's record in accordance with Tex. R. App. P. 34.6(d). According to appellee, the reporter's record filed with this court on July 6, 2011, by Stephanie Wells of the "MOTION TO MODIFY AND FINAL – TRIAL" was incomplete. Appellee sought to have the record supplemented with the following reporter's records: (1)proceedings heard June 29, 2010; (2) proceedings heard August 19, 2010, and (3) proceedings heard November 23, 2010.

We were informed by Stephanie Wells that no record was taken of the proceedings heard November 23, 2010, at which time the case was sent to mediation.   An order was entered for Carol Castillo to prepare a record of proceedings heard on June 29, 2010, and August 19, 2010.   We were then informed by Tony Baiamonte III that no record was taken of any proceedings on August 29, 2010.

As of this date, no records of any proceedings heard on June 29, 2010, and August

19, 2010, have been filed. We have not been informed that no record was taken on either of those dates.

Accordingly, we order **Julia Tooke**, the official court reporter for the 314th District Court, to inform this court in writing **on or before February 3, 2012**, whether any reporter's record was taken of the proceedings heard in trial court cause number 2004-10615J, styled *In the Interest of D.M.D., T.S.D., D.M.D. a/k/a D.D., Children*, on June 29, 2010, and/or August 19, 2010.

Further, if any reporter's records were taken on June 29, 2010, and/or August 19, 2010, we order **Julia Tooke** to inform this court in writing **on or before February 3, 2012**, of the name of the court reporter and which proceeding they reported in trial court cause number 2004-10615J, styled *In the Interest of D.M.D., T.S.D., D.M.D. a/k/a D.D., Children*.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the records are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

2